**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEMAIN DOMINGUEZ
a/k/a
DEMIAN DOMINGUEZ,            )
                             )
    Petitioner,              )     2:12-cv-01608-JCM-PAL
                             )
vs.                          )     **ORDER**
                             )
BRIAN E. WILLIAMS, *et al.*, )
                             )
    Respondents.             )
_____/

       This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.  Petitioner has filed a second motion for an extension of time in which to file a first amended petition for a writ of habeas corpus.  (ECF No. 15). Petitioner seeks a forty-five-day (45) enlargement of time, up to and including September 26, 2013, to file the first amended petition.  Having reviewed the motion and good cause appearing, petitioner's motion is granted.

1   **IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to
2   file the first amended petition (ECF No. 15) is **GRANTED.**  The first amended petition shall be filed
3   on or before **September 26, 2013.**

4   Dated this  12th   day of August, 2013.

6   _____
    UNITED STATES DISTRICT JUDGE