**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEMAIN DOMINGUEZ a/k/a DEMIAN DOMINGUEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:12-cv-01608-JAD-PAL

**O R D E R**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time, up to and including November 25, 2013, in which to file an opposition to respondents' motion to dismiss the amended petition. (Doc. 30). Petitioner also seeks an extension of time, up to and including November 25, 2013, in which to file a reply to respondents' opposition to petitioner's motion for leave to conduct discovery. (Doc. 31). Good cause appearing, petitioner's motions for extensions of time are granted.

1   **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time in which to file an opposition to respondents' motion to dismiss (Doc. 30) is **GRANTED.**  Petitioner's opposition to the motion to dismiss shall be filed on or before **November 25, 2013.**

**IT IS FURTHER ORDERED** that petitioner's motion for an extension of time in which to file a reply to respondents' opposition to petitioner's motion for leave to conduct discovery (Doc. 31) is **GRANTED.**  Petitioner's reply shall be filed on or before **November 25, 2013.**

Dated this 17th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE