# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEMAIN DOMINGUEZ a/k/a DEMIAN DOMINGUEZ, <br><br> Petitioner, <br><br> vs. <br><br> BRIAN E. WILLIAMS, *et al.*, <br><br> Respondents. | Case No. 2:12-cv-01608-JAD-PAL <br><br> **ORDER** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for a second extension of time in which to file a second amended petition for a writ of habeas corpus. (Doc. 48). Petitioner seeks an enlargement of time, up to and including March 30, 2015, to file the second amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for a second extension of time to file the second amended petition (Doc. 48) is **GRANTED**. The second amended petition shall be filed on or before **March 30, 2015.**

Dated this 16th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE