UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Demain Dominguez,<br><br>         Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>         Respondents | 2:12-cv-01608-JAD-PAL<br><br>**Order Granting Motion for Leave to File Amended Petition**<br><br>[ECF No. 58] |

    Demain Dominguez, who is represented by the Federal Public Defender, moves for leave to file a third amended habeas petition. Respondents have not opposed Dominguez's motion, and the time for doing so has passed. Good cause appearing,

    IT IS HEREBY ORDERED that Dominguez's motion for leave to file a third amended petition **[ECF No. 58] is GRANTED**. Dominguez must file the third amended petition by **March 27, 2017.**

    Dated this 13th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge