UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Demain Dominguez<br>a/k/a Demian Dominguez,<br><br>    Petitioner<br><br>v.<br><br>Brian E. Williams, et al.,<br><br>    Respondents | 2:12-cv-01608-JAD-PAL<br><br>**Scheduling Order** |

Demain Dominguez filed his third amended habeas petition on March 14, 2017. Accordingly, I hereby issue a briefing schedule.

IT IS HEREBY ORDERED that respondents must answer or otherwise respond to Dominguez's third amended petition [ECF No. 61] by **April 6, 2017.** If respondents file an answer, Dominguez will have 45 days from receipt of the answer to file a reply.

Dated this 21st day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge