RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Jonathan_Kirshbaum@fd.org

Attorney for Petitioner Dominguez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMAIN DOMINGUEZ aka DEMIAN DOMINGUEZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:12-CV-01608-JAD-PAL<br><br>**ORDER GRANTING NUNC PRO TUNC UNOPPOSED MOTION FOR AN EXTENSNION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>[ECF No. 64] |

Petitioner, Demain Dominguez, by and through counsel of record, Assistant Federal Public Defender Jonathan M. Kirshbaum, hereby files this Unopposed Motion for an Extension of Time of twenty-nine (29) days, until and including Friday, May 19, 2017, in which to file the Opposition to the Motion to Dismiss. This motion is based upon the attached points and authorities and all pleadings and papers on file herein.

POINTS AND AUTHORITIES

1. On March 13, 2017, this Court issued an order requesting Petitioner's Third Amended Petition be filed. (ECF No. 60). Petitioner filed his Third Amended Petition on March 14, 2017. (ECF No. 61). On April 6, 2017, Respondents filed their Motion to Dismiss. (ECF No. 63). Petitioner's Opposition to Motion to Dismiss is currently due April 20, 2017.

2. Petitioner now makes a first request for an extension of time to file the Opposition. Petitioner requests twenty-nine (29) days, up to and including Friday, May 19, 2017, in which to file the Opposition.

3. An extension of time to file the Opposition is necessary given my obligations in other cases and time that has been spent away from the office. Since the time that the Motion to Dismiss was filed on April 6, 2017, counsel was out of the office on vacation between April 7 and April 14. Upon his return, counsel has had to focus on a state petition that was filed on April 17 and an evidentiary hearing in state court that is currently scheduled for April 27, 2017. Over the next few weeks, counsel has a brief due in the Nevada Supreme Court, a Reply due in another case, as well as an additional Opposition to a Motion to Dismiss.

4. Due to the above, an extension of time is necessary to provide counsel sufficient time to draft and file a complete Opposition to Motion to Dismiss.

5. On April 19 2017, Deputy Attorney General Daniel Roche indicated to counsel via email that he does not object to the request for an extension of time.

. . .

. . .

. . .

6. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Dominguez. Counsel respectfully requests that this Court grant the request for an extension of time to file the Reply until May 19, 2017.

DATED this 19th day of April, 2017.

>Respectfully submitted,
>RENE L. VALLADARES
>Federal Public Defender
>
>*/s/ Jonathan M. Kirshbaum*
>
>JONATHAN M. KIRSHBAUM
>Assistant Federal Public Defender

Good cause appearing, IT IS HEREBY ORDERED that the time for Demian Dominguez to respond to the motion to dismiss is **EXTENDED** nunc pro tunc to May 19, 2017.

>_____
>United States District Judge
>
>Dated: April 24, 2017