# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Demain Dominguez, <br>     Petitioner <br> v. <br> Brian E. Williams, et al., <br>     Respondents | 2:12-cv-01608-JAD-PAL <br> **Order Extending Time** <br> [ECF No. 72] |

Respondents request a 60-day extension on their deadline to respond to counseled petitioner Demain Dominguez's third-amended petition for a writ of habeas corpus.[1] Counsel for the respondents represents that she is actively involved in defending against several habeas corpus petitions (one of which is filed by a death-row convict), is covering a co-worker's case load while she is out on maternity leave, and is training a new deputy attorney general.[2] This is her first request for a time extension, and I find that it is made in good faith and not solely for the purpose of delay.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an enlargement of time **[ECF No. 72] is GRANTED**. Respondents now have **until March 19, 2018,** to respond to Dominguez's third-amended petition.

DATED: January 16, 2018.

                                                    U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 72.

[2] *Id.*