# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEMAIN DOMINGUEZ,<br><br>    Petitioner<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>    Respondents | Case No.: 2:12-cv-01608-JAD-PAL<br><br>**Order Extending Time**<br><br>[ECF No. 74] |

Good cause appearing, respondents' unopposed motion for a second enlargement of time to answer the third amended petition [ECF No. 74] is GRANTED. Respondents must file their answer to the third amended petition by May 3, 2018.

Dated: March 29, 2018

_____
U.S. District Judge Jennifer A. Dorsey