# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Demain Dominguez,<br>　　Petitioner<br>v.<br>Brian E. Williams, et al.,<br>　　Respondents | Case No.: 2:12-cv-01608-JAD-PAL<br>**Order Extending Time**<br>[ECF No. 76] |

Good cause appearing, respondents' unopposed motion for a third enlargement of time to answer the third amended petition **[ECF No. 76] is GRANTED**. Respondents have until May 17, 2018, to answer the third-amended petition.

Dated: May 4, 2018

_____
U.S. District Judge Jennifer A. Dorsey

1