# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Demain Dominguez,

    Petitioner

v.

Brian E. Williams, et al.,

    Respondents

Case No.: 2:12-cv-01608-JAD-PAL

**Order Extending Time**

[ECF No. 79]

Counseled petitioner Demain Dominguez has filed an unopposed motion for an extension of his deadline to reply to respondents' answer.[1] This is Dominguez's first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that Dominguez's motion for an extension of time **[ECF No. 79] is GRANTED.** Dominguez has **until September 14, 2018, to file his reply to respondents' answer.**

Dated: July 9, 2018

                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 79.