**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEMAIN DOMINGUEZ,<br><br>    Petitioner<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>    Respondents | Case No.: 2:12-cv-01608-JAD-PAL<br><br>**Order Granting Petitioner's Motion for Extension of Time**<br><br>[ECF No. 81] |

    Good cause appearing, petitioner's second unopposed motion for an extension of time to file a reply to respondents' answer the third amended petition **(ECF No. 81) is GRANTED**. Petitioner has until November 23, 2018, to file his reply.

    Dated: September 14, 2018

                                                  _____
                                                  U.S. District Judge Jennifer A. Dorsey