# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEMAIN DOMINGUEZ,

Petitioner

v.

BRIAN E. WILLIAMS, et al.,

Respondents

Case No.: 2:12-cv-01608-JAD-PAL

**Order Granting Petitioner's Motion for Extension of Time**

[ECF No. 83]

Good cause appearing, petitioner's unopposed motion for a five-day extension of time to file a reply to answer the third amended petition **[ECF No. 83] is GRANTED**. Petitioner must file his reply by November 28, 2018.

Dated: November 21, 2018

_____
U.S. District Judge Jennifer A. Dorsey